1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNE DIAZ,                                )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of Social         )<br>Security,                       )<br>                                )<br>          Defendant.            )<br>_____ ) | Case No. EDCV 11-1538 JC<br><br>JUDGMENT |

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is reversed in part and the matter is remanded for further

administrative action consistent with the Memorandum Opinion and Order of

Remand filed concurrently herewith.


DATED:  March 28, 2012



                                        _____/s/_____
                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE